Order Filed on July 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br><br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J.LBR 9004-1(b)**<br><br>**Donald F. Campbell, Jr., Esq. (DC8924)**<br>Giordano, Halleran & Ciesla, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701<br>Tel: 732 741 3900<br>Attorneys for Woodmere Associates, LP d/b/a Woodmere Apartments | Case No:22-12429 (MBK) |
| In Re:<br><br>BLAIR ERICKSEN,<br><br>Debtor. | Chapter: 13<br><br>Hearing Date: July 13, 2022 @ 9:00am<br><br>Judge: Chief Judge Michael B. Kaplan |

# ORDER VACATING STAY AND
# TO COMPEL PAYMENT OF ADMINISTRATIVE CLAIM

The relief set forth on the following page is hereby **ORDERED**.

**DATED:** July 14, 2022

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**IN RE Balir Ericksen**
**Case No. 22-12429**
**Caption: ORDER VACATING STAY AND TO COMPEL PAYMENT OF ADMINISTRATIVE CLAIM**

Page 2 of 2

Upon the motion of Woodmere Associates, LP d/b/a Woodmere Apartments ("*Movant*"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is:

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

2135 West Country Line, Apartment 48B, Jackson, New Jersey 08527; and

It is further **ORDERED** that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject lease and pursue its state court remedies including, but not limited to, filing a collection suit for unpaid post-petition arrears, seeking eviction, judgment for possession.

☐ Personal property more fully described as:

**ORDERED** that the Trustee is authorized to pay Movant's administrative claim from proceeds of the estate until satisfied.

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Docs #5728826-v1